UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYRE MILLER-KELLEY,

          Plaintiff,

- against -

UNIVERSAL PROTECTION SERVICE, LLC,

          Defendant.

23-cv-8610 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 27, 2023.

SO ORDERED.

Dated:    New York, New York
           December 12, 2023

                                      John G. Koeltl
                              United States District Judge