```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————
CYRE MILLER-KELLEY,
                                          23-cv-8610 (JGK)(KHP)
                Plaintiff,
                                          ORDER
       - against -

UNIVERSAL PROTECTION SERVICE, LLC,

                Defendant.
————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The initial conference scheduled for **January 24, 2024, at 3:30 p.m.** is canceled in view of the Order referring the case to the Magistrate Judge for general pretrial. ECF No. 16.

**SO ORDERED.**

**Dated:    New York, New York**
**           December 29, 2023**

                                    _____/s/ John G. Koeltl_____
                                         **John G. Koeltl**
                                    **United States District Judge**