**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK  10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___01/17/2024___

**MEMO ENDORSED**

January 16, 2024

<u>Via ECF:</u>

Katherine H. Parker, United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:    ***Cyré Miller-Kelley v. United Protection Service, LLC d/b/a Allied Universal (1:23-cv-08610)***

Your Honor:

We represent Plaintiff Cyré Miller-Kelley in the above matter, which was filed on September 29, 2023, and answered by Defendant on December 11, 2023. The parties are currently scheduled for an Initial Pretrial Conference in front of Your Honor on February 13, 2024, at 12:00PM. The parties are also currently scheduled for mediation on March 06, 2024.

As the parties are currently exploring settlement, we write jointly with Defendant to request an adjournment of the Initial Pretrial Conference until after the March 06, 2024, mediation session. This is the parties' first request to adjourn a conference.

Thank you for your assistance in this matter.

**APPLICATION GRANTED:**  The Initial Case Management  Conference set for 2/13/2024 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, March 7, 2024 at 2:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**01/17/2024**

**PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC**

By: _____

Michelle A. Caiola, Esq.
Jonathan Goldhirsch, Esq.
Phillips & Associates, PLLC
*Attorneys for the Plaintiff*
45 Broadway, Suite 430
New York, New York 10006
T: (212) 248 – 7431
F: (212) 901 – 2107
mcaiola@tpglaws.com