UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYRÉ MILLER-KELLEY, | |
| Plaintiff, | |
| -against- | 23-CV-08610 (MMG) (KHP) |
| UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL, | **NOTICE OF REASSIGNMENT** |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   02/20/2024

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any date, deadline, conference, or oral argument before or directed by the Magistrate Judge will proceed as ordered.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 20, 2024
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge